# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TORCUP, INC.,** *Plaintiff,* | **CIVIL ACTION** |
| v. | No. 19-1560 |
| **AZTEC BOLTING SERVICES, INC.,** *et al.,* *Defendants.* | |

## ORDER

**AND NOW**, this 9th day of **July 2019**, upon consideration of Defendant, Aztec Bolting Services, Inc.'s, Motion to Dismiss the Amended Complaint (ECF No. 18), Defendant, Christopher Earl High's, Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 19), Plaintiff's Response to Defendants' Motions to Dismiss (ECF No. 20), and Defendant, Aztec Bolting Services, Inc.'s Reply (ECF No. 22) and in conjunction with the Court's accompanying Opinion, it is hereby **ORDERED** as follows:

1. Pursuant to Fed. R. Civ. P. 12(b)(2), Defendant, Aztec Bolting Services, Inc.'s Motion to Dismiss the Amended Complaint (ECF No. 18) is **GRANTED**;

2. Pursuant to Fed. R. Civ. P. 12(b)(2), Defendant, Christopher Earl High's, Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 19) is **GRANTED**;

1

3. Defendant, Christopher Earl High's, Motion for Extension of Time (ECF No. 23 and 24) is **DENIED AS MOOT**;

4. The Clerk of Court is directed to **TRANSFER** this matter to the United States District Court for the Southern District of Texas and **CLOSE** this case.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE